**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 27, 2026

By ECF
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Olascuaga Beltran v. Mullin*, No. 26-cv-4336 (JMF)

Dear Judge Furman:

I write respectfully on behalf of the parties in the above-referenced matter, in which petitioner Yusef Olascuaga Beltran seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging his immigration detention. The parties are scheduled to appear by phone for an initial conference before Your Honor this afternoon at 3:30 p.m. ECF No. 4. In accordance with the Court's May 26 order, the parties have conferred in advance of the conference, and, as discussed further below, the parties do not believe a conference is necessary at this time.

First, there is no dispute over venue, as Petitioner was present in this District at the time the habeas petition was filed. Second, the parties believe that they may be able to resolve this matter through a stipulated resolution without the need for briefing, and thus respectfully propose that the parties submit a joint status update by 5:00 p.m. on May 29, if a stipulation has not been submitted before then.

Given the foregoing, the parties do not believe that a conference is necessary at this time, but are available to attend the scheduled conference if the Court prefers to proceed with the conference.

We thank the Court for its consideration of this submission.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: */s/ Brandon M. Waterman*
BRANDON M. WATERMAN
Assistant United States Attorney
Telephone: (212) 637-2743
E-mail: brandon.waterman@usdoj.gov

The conference scheduled for today is hereby CANCELED. Parties shall file a a joint status update no later than **5:00 p.m. on May 29, 2026**, if a stipulation has not been submitted before then.

SO ORDERED.

May 27, 2026

cc: Counsel of Record (by ECF)