THE BRONX DEFENDERS

May 29, 2026

By ECF
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *Olascuaga Beltran v. Mullin*, No. 26-cv-4336 (JMF) – Joint Status Update**

Dear Judge Furman:

We represent the Petitioner, Mr. Yusef Olascuaga Beltran, in the above-referenced habeas corpus matter. Pursuant to this Court's May 27, 2026, order, we now provide a status update on behalf of the parties. *See* ECF No. 7.

On May 27, 2026, Mr. Olascuaga Beltran was transferred to criminal custody in Suffolk County, New York, to appear for a pending criminal matter on May 28, 2026. It is the understanding of both parties that Mr. Olascuaga Beltran will remain in criminal custody until at least June 17, 2026, or until the criminal matter reaches a disposition. Upon completion of his criminal proceedings, Mr. Olascuaga Beltran will return to the custody of Immigration and Customs Enforcement ("ICE").

Given this development, both parties propose submitting a joint status update on June 18, 2026, to inform the Court of Mr. Olascuaga Beltran's custody status and whether a stipulation would be proper at that time.

Thank you to the Court for its time and consideration of this letter and matter.

Application GRANTED. The parties shall file a joint status update no later than **June 18, 2026.**

SO ORDERED.

May 29, 2026

Respectfully submitted,

By: s/ *Nora Marie Christiani*
Nora Marie Christiani
Nhu-Y Ngo
THE BRONX DEFENDERS
360 East 161st Street
The Bronx NY 10451
(929)-358-1708
nchristiani@bronxdefenders.og
*Attorneys for Petitioner*

CC: Counsel of record (via ECF)