**THE BRONX DEFENDERS**

July 10, 2026

By ECF
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *Olascuaga Beltran v. Mullin*, No. 26-cv-4336 (JMF) – Joint Status Update**

Dear Judge Furman:

We represent the Petitioner, Mr. Yusef Olascuaga Beltran, in the above-referenced habeas corpus matter. Pursuant to this Court's June 18, 2026, order, we now provide a status update on behalf of the parties. *See* ECF No. 11.

As of today's date, Mr. Olascuaga Beltran continues to be in criminal custody in Suffolk County, New York. He appeared for court on July 2, 2026 and the case was again adjourned until July 24, 2026 for final plea negotiations. The parties anticipate that Mr. Olascuaga Beltran's criminal case will likely resolve on July 24, 2026, at which point he will be transferred back to the custody of Immigration and Customs Enforcement ("ICE"). Once Mr. Olascuaga Beltran returns to ICE custody, the parties agree a stipulation can be submitted to the Court.

Both parties propose submitting a further joint status update on July 27, 2026 if a stipulation has not been submitted prior to that date.

Thank you to the Court for its time and consideration of this letter and matter.

The parties shall submit a joint status update on **July 27, 2026** if a stipulation has not been submitted prior to that date.

SO ORDERED.

July 10, 2026

Respectfully submitted,

By: s/ *Nora Marie Christiani*

Nora Marie Christiani
Nhu-Y Ngo
THE BRONX DEFENDERS
360 East 161st Street
The Bronx NY 10451
(929)-358-1708
nchristiani@bronxdefenders.og
*Attorneys for Petitioner*

CC: Counsel of record (via ECF)