THE BRONX DEFENDERS

July 27, 2026

By ECF

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *Olascuaga Beltran v. Mullin*, No. 26-cv-4336 (JMF) – Joint Status Update**

Dear Judge Furman:

This office represents the Petitioner, Mr. Yusef Olascuaga Beltran, in the above-referenced habeas corpus matter. Pursuant to this Court's July 10, 2026, Order, I am providing a status update on behalf of the parties. *See* ECF No. 13.

Mr. Olascuaga Beltran remains in Suffolk County criminal custody. The parties anticipate that he will enter a plea tomorrow, July 28, 2026, but that sentencing in his criminal case may take up to a month. After sentencing, the parties further anticipate that Mr. Olascuaga Beltran will be transferred back to Immigration and Customs Enforcement ("ICE") custody. Once he returns to ICE custody, the parties agree that a stipulation to a bond hearing with certain procedural protections can be submitted to the Court.

Accordingly, both parties propose submitting another joint status update on August 31, 2026, if a stipulation has not been submitted prior to that date.

I thank the Court for its time and consideration of this letter and matter.

The parties' proposal is hereby ADOPTED.

SO ORDERED.

July 27, 2026

Respectfully submitted,

/s/ Nhu-Y Ngo
Nhu-Y Ngo, Esq.
Nora Christiani, Esq.
The Bronx Defenders
360 East 161st Street
Bronx, New York 10451
Tel. 347-842-1320
Email: nngo@bronxdefenders.org

CC: Counsel of record (via ECF)