**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **YUSEF OLASCUAGA-BELTRAN,**<br>***Petitioner*,**<br>**v.**<br>**MARKWAYNE MULLIN, *et al.*,**<br>***Respondents*.** | **Civil Action No. 1:26-cv-04336 (JMF)** |

**NOTICE OF MOTION TO ENFORCE THE COURT'S SEPTEMBER 1, 2026 ORDER**

PLEASE TAKE NOTICE that, as further described in Petitioner's Memorandum of Law in Support of his Motion to Enforce the Court's September 1, 2026 Order, and all exhibits thereto, Petitioner, Yusef Olascuaga Beltran, hereby moves this Court to enforce its prior order for a burden-shifted bond hearing in immigration court and to order Respondents to immediately release him due to their failure to comply with the terms of this Court's order.

Respectfully submitted,

Dated: October 28, 2026

/s/ Nora Marie Christiani
Nora Marie Christiani
The Bronx Defenders
360 East 161st Street
Bronx, New York 10451
Tel. 929-358-1708
nchristiani@bronxdefenders.org
*Counsel for Petitioner*

Unless and until the Court orders otherwise, the Government shall file any opposition to this motion by November 9, 2026, and Petitioner shall file any reply by November 13, 2026. If either side believes that this briefing schedule should be modified, the parties should confer and then seek appropriate relief.

SO ORDERED.

October 29, 2026